Case 4:16-cr-00258   Document 480   Filed on 02/11/25 in TXSD   Page 1 of 5

United States Courts
Southern District of Texas
FILED
**February 11, 2025**
Nathan Ochsner, Clerk of Court

Honorable Judge V. Hittner
Southern District Court
Houston, TX 77002

Ann Nwoko-Shepherd
Federal Correctional Institute
Aliceville, Alabama

Your Honor, Humble Request for Your Kind Assistance.

I hope this letter finds you blessed in the New Year. My name is Ann Shepherd. I am 69 years old and I am currently being held at FCI Aliceville. On August 18, 2018 I was arrested and detained. Then in 2022 I was resentenced in your court to 10 years. On that day you advised three things should happen. One, that I not be removed from the United States. Two, that my home not be taken because it is my homestead. And finally three, that I not be placed far from my family because of my age. It is unfortunate that your advice has not been upheld as of this date.

I am being held on an immigration hold and I am due back in court on March 5, 2025. This will take place in front of the honorable Judge S. Gallow. I am very troubled that even though you ordered I not be removed and that my permanent resident card, valid until 2031, was renewed while incarcerated, that I am still facing possible deportation.

If deported, I would be required to return to Nigeria, a country I have not been back to since I came to the United States in 1998. My husband was a veteran who fought and served in the Vietnam War. I am the proud widow of George Shepherd and still carry his name, honored to know he loved his country and his family with all he was.

I beg you today, sir, to please contact Judge S. Gallow regarding your original recommendation so that I may be allowed to be released

①

from prison sooner, and allowed to return to my home in Texas upon release.

I am fearful of being sent back to a country that is completely foreign to me now, and with no home or family there to return to at age 69 with poor vision and health issues.

In closing, I pray that Hashem grant you devine assistance in everything you do.

Sincerely,
Ann Shepherd
14951·479

(2)

Honorable Judge K. Gallow

Ann Nneka Shepherd
Federal Correctional Institute
Aliceville, Alabama

Your Honor,

My name is Ann Shepherd. I write because I am due back in your court on March 5, 2025. I would like you to know the true person I am prior to my next appearance. I am 69 years old, I have been in the United States since 1998, and I am the widow of the Vietnam Veteran, Mr. George Shepherd. I am proud to have been his wife.

I have been a permanent resident green card holder in this country since I arrived. It was renewed in 2021, while I was incarcerated, and is valid until 2031. I have remained in the United States in good standing since 1998, never returning to Nigeria.

In my first few years in the United States I became an Employer of labor. Through the day care centers I owned and managed, I helped provide not only for the children in my care, but for the families of those that I employed throughout the years.

As a permanent resident I also put my sons and then myself through college, with no assistance from government grants. Another accomplishment I am very proud of.

Since my arrest and incarceration in 2018 my health has diminished greatly. I have several health problems now. All of the debilitating conditions due to Covid-19 along with almost complete blindness in my eyes due to cataracts. I cannot read, write, watch TV, key in my information on the computers, or dial the phone without needing assistance.

①

An Optomologist in Texas and recently here in Alabama have confirmed that only surgery can correct this. I have been waiting (ie) six years to get this fixed.

If allowed to remain in the United States, the hold on me for immigration lifted, I would be able to return to my home and family in Texas and have my eyes repaired and other health issues addressed.

I would be able to work and begin to repay the restitution ordered by Judge D. Hitner of the Southern District of Texas.

When he sentenced me, he recommended three things happen in his order. One, that I not be removed from the United States so I could pay back my restitution. Two, that my home not be taken as it is my homestead. And three, that I remain close to my family due to my age.

I have written to him as well asking that he contact you to confirm his recommendation, and I have included a copy of that letter.

I beg of you, your honor, to please lift the hold on me and allow me to remain here in the United States. My home, my family, and my loyalty all remain here. I have not been to Nigeria since I came here in 1998. It is a country completely foreign to me, with no family and no home.

In closing, I ask you, your honor, to please temper justice with mercy by removing this detainer on my name. By doing this, allowing my FSA to be valid and my 2/3 elderly (5-18-25) release date to be available to me. May God bless you and guide you through all that you do. Sincerely,

Ann Shepherd

Ann Shepherd-14951-479
Aliceville FCI
PO Box 4000
Aliceville, AL 35442

CERTIFIED MAIL
BIRMINGHAM AL 350
4 FEB 2025 PM 5 L

9589 0710 5270 2140 2207 03

Honorable Judge David Hittner
United States District Court
for the Southern District of Texas
515 Rusk
Houston TX 77002

